# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **BRENDA SCHROADER,**<br><br>　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>　　　　　　　　**Defendant.** | Civil Action No. 4:21-cv-00007-JHM-HBB |

## NOTICE OF SETTLEMENT

Comes the Plaintiff, Brenda Schroader, and the Defendant, Life Insurance Company of North America, by counsel, and report that the parties have reached a settlement of this matter. The parties are in the process of executing settlement documents and will file an Agreed Order of Dismissal within 30 days.

Respectfully submitted,

| | |
|---|---|
| s/ Mitzi Wyrick | s/ Andrew M. Grabhorn with permission |
| Mitzi D. Wyrick | Michael D. Grabhorn |
| David A. Calhoun | m.grabhorn@grabhornlaw.com |
| WYATT, TARRANT & COMBS, LLP | Andrew M. Grabhorn |
| 400 West Market Street, Suite 2000 | a.grabhorn@grabhornlaw.com |
| Louisville, Kentucky 40202-2898 | **Grabhorn Law | Insured Rights®** |
| (502) 589-5235 | 2525 Nelson Miller Parkway, Suite 107 |
| (502) 589-0309 | Louisville, KY 40223 |
| mitziwyrick@wyattfirm.com | p: (502) 244-9331 |
| dcalhoun@wyattfirm.com | f: (502) 244-9334 |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiff* |