UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

FILED ELECTRONICALLY

| | |
|---|---|
| **BRENDA SCHROADER,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>      **Defendant.** | Civil Action No. 4:21-cv-00007-JHM-HBB |

**AGREED ORDER**

Plaintiff, Brenda Schroader, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice and stricken from the Court's docket with each party to be responsible for its own attorneys' fees and costs.

| | |
|---|---|
| /s/Michael D. Grabhorn (by DAC w/permission)<br>Michael D. Grabhorn<br>m.grabhorn@grabhornlaw.com<br>Andrew M. Grabhorn<br>a.grabhorn@grabhornlaw.com<br>**Grabhorn Law | Insured Rights®**<br>2525 Nelson Miller Parkway, Suite 107<br>Louisville, KY  40223<br>(502) 244-9331<br>(502) 244-9334<br><br>***Counsel for Plaintiff, Brenda Schroader*** | /s/David A. Calhoun<br>David A. Calhoun<br>Mitzi D. Wyrick<br>WYATT, TARRANT & COMBS, LLP<br>400 West Market Street, Suite 2000<br>Louisville, Kentucky  40202<br>(502) 589-5235<br>(502) 589-0309<br>dcalhoun@wyattfirm.com<br>mitziwyrick@wyattfirm.com<br>***Counsel for Defendant, Life Insurance Company of North America*** |

*[signature: Joseph H. McKinley]*

Joseph H. McKinley Jr., Senior Judge
United States District Court

100491075

May 7, 2021